**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOVE TERMINAL PARTNERS, et al., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-536 L |
| | ) | Honorable Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of James D. Gette as attorney for the United States of America. Service of all papers by regular U.S. Mail should be addressed as follows:

James D. Gette
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, DC 20044-0663

202-305-1461 (phone)
202-353-2120 (facsimile)
James.Gette@usdoj.gov

All hand or overnight deliveries should be made to the following street address:

James D. Gette
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Room 3124
Washington, DC 20004

Dated: September 12, 2008

Respectfully Submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ James D. Gette

JAMES D. GETTE
Attorney of Record for Defendant