**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LOVE TERMINAL PARTNERS, et al., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Case No. 08-536 L<br>Honorable Margaret M. Sweeney |

**UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The United States, pursuant to RCFC 6(b), requests an extension of time, to and including November 6, 2008, in which to respond to Plaintiffs' Complaint. The United States' Answer is currently due September 22, 2008. The United States has not previously requested an extension of this deadline.

On July 23, 2008, Plaintiffs filed their Complaint in this case. *See* Plaintiffs' Complaint (Dkt. # 1). Plaintiffs allege that the United States has taken certain property interests related to Love Field in Dallas, Texas. *Id.* Despite having been filed on July 23, 2008, the Complaint was not received in the Environment and Natural Resources Division of the United States Department of Justice until on or about August 19, 2008.

Given the delay in receipt of the Complaint and given the complexity of a Complaint based directly upon a Congressional act, counsel for the United States requires additional time to fully consider the appropriate response, to research related facts, to consider appropriate defenses, to identify relevant executive branch agencies, and to coordinate with representatives from those executive branch agencies.

In a telephone conversation on September 10, 2008, Plaintiffs' Counsel, Nancie Marzulla, stated that Plaintiffs consent to the requested extension of time and do not oppose the granting of this motion.

Given the delay in the receipt of the Complaint, the challenges posed in responding to the Complaint, and the agreement of the parties to provide the United States 45 additional days to respond to the Complaint, the United States respectfully requests that the Court grant it an extension, to and including November 6, 2008, in which to respond to Plaintiffs' Complaint.

September 12, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s/ James D. Gette*

JAMES D. GETTE
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-1461
Fax: 202-305-0267
Email: james.gette@usdoj.gov