# In the United States Court of Federal Claims

No. 08-536 L
(Filed: September 17, 2008)

| | |
|---|---|
| LOVE TERMINAL PARTNERS, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On September 12, 2008, defendant filed an Unopposed Motion for Extension of Time to Respond to Complaint ("motion"). In its motion, defendant requests that the court grant its counsel an additional forty-five (45) days, to and including November 6, 2008, within which to respond to plaintiff's complaint. The current deadline for a response is September 22, 2008. Defendant represents that it has not previously requested an extension of this deadline and that plaintiff does not oppose its motion.

Defendant indicates that its counsel did not receive plaintiff's complaint until on or about August 19, 2008, despite the fact that the complaint was filed in this court on July 23, 2008. According to defendant, the delay in receiving the complaint, coupled with the complexity of a complaint based upon a Congressional act, requires that its counsel be permitted additional time to research the issues presented and to prepare an adequate response.

Defendant's request is reasonable. **Accordingly, the motion is GRANTED. Defendant shall respond to plaintiff's complaint by no later than Thursday, November 6, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge