# In the United States Court of Federal Claims

No. 08-536 L
(Filed: March 24, 2011)

```
*************************************
LOVE TERMINAL PARTNERS, et al.,     *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
*************************************
```

**ORDER**

      In its February 11, 2011 ruling denying defendant's motion to dismiss and granting plaintiffs' cross-motion for summary judgment on partial liability, the court set March 25, 2011, as a deadline for the parties to file a joint status report proposing further proceedings. The parties request a status conference with the court to discuss issues that have arisen during their preparation of the joint status report. The court has scheduled a status conference for **Monday, March 28, 2011, at 10:00 a.m., Eastern Daylight Time**. The parties shall appear by telephone, and the court shall initiate the call. Consequently, the court vacates the parties' March 25, 2011 deadline for filing a joint status report.

      **IT IS SO ORDERED.**

                                                         s/ Margaret M. Sweeney
                                                         MARGARET M. SWEENEY
                                                         Judge