# In the United States Court of Federal Claims

No. 08-536 L
(Filed: March 24, 2011)

```
*************************************
LOVE TERMINAL PARTNERS, et al.,      *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
*************************************
```

## ORDER

The court modifies its previous order dated March 24, 2011, as follows:

The court has rescheduled a status conference for **Tuesday, March 29, 2011, at 11:00 a.m., Eastern Daylight Time**. The parties shall appear by telephone, and the court shall initiate the call.

**IT IS SO ORDERED.**

                                                                s/ Margaret M. Sweeney
                                                                MARGARET M. SWEENEY
                                                                Judge