## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

LOVE TERMINAL PARTNERS L.P., *et al.*,   )
                                                          )   Case No. 08-536 L
            Plaintiffs,   )   Judge Margaret M. Sweeney

      v.                               )   (E-Filed May 13, 2011)

UNITED STATES,                   )

            Defendant.   )
_____

### NOTICE OF APPEARANCE

To the Clerk of the Court:

      Please enter the appearance of Joshua A. Doan, in substitution for James D. Gette, as counsel for Defendant, the United States of America, in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

      Joshua A. Doan
      Trial Attorney
      Natural Resources Section
      Environment and Natural Resources Division
      United States Department of Justice
      P. O. Box 663
      Washington, D.C. 20044-0663
      (202) 305-0874 (phone)
      (202) 305-0506 (fax)
      joshua.doan@usdoj.gov

Overnight and hand deliveries should be addressed to:

Joshua A. Doan
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street, NW, Room 3135
Washington, D.C. 20004


Dated:  May 13, 2011

                                      Respectfully submitted,

                                      IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
/s/ Joshua A. Doan
JOSHUA A. DOAN
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3135
Washington, D.C. 20004
202-305-0874
joshua.doan@usdoj.gov
Counsel for Defendant