## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LOVE TERMINAL PARTNERS L.P., et al.,

    Plaintiffs,

v.

UNITED STATES,

    Defendant.

Case No. 08-536 L

Honorable Margaret M. Sweeney

### DECLARATION OF ROGER J. MARZULLA

I, Roger J. Marzulla, pursuant to 28 U.S.C. § 1746, declare:

1. I am counsel of record for Plaintiffs, Love Terminal Partners, L.P. and Virginia Aerospace LLC.

2. On May 12, 2011, I spoke with Tom Perkins, the Dallas City Attorney, regarding this case and specifically, the Government's request that the Court issue a Notice of Interest to Dallas. In that conversation, Mr. Perkins confirmed that he was aware of the lawsuit, had read the Court's decision on summary judgment/motion to dismiss, and that Dallas had no interest in participating in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate as provided in 28 U.S.C. § 1746.

*Roger J. Marzulla*
Roger J. Marzulla

Executed on May 13, 2011



EXHIBIT 1